410 A.2d 1251

**In re ADOPTION OF Lori Ann BERNSTEIN.**

**Appeal of Lawrence P. BERNSTEIN.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1980.

Decided Feb. 25, 1980.

John M. Demcisak, Hatboro, for appellant.

Robert W. Suter, Doylestown, for appellees, A. Warren Allen, Jr., et ux.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each party to pay own costs.